EDWIN PRATHER, CABN 190536
PRATHER LAW OFFICES
245 Fifth Street, Suite 103
San Francisco, CA 94103
Telephone: (415) 881-7774
Email: edwin@pratherlawoffices.com

Attorneys for Defendant
SANTOS RENE SOTO

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SANTOS RENE SOTO and SANTOS MOISES SOTO, III, <br><br> Defendants. | Case No.: CR 22-0378 WHO <br><br> **STIPULATION AND ORDER RE MARCH 12, 2026 STATUS CONFERENCE** |

This matter is currently set for a status conference this Thursday, March 12, 2026. Since the last calling of the case, the parties have engaged in settlement discussions to resolve this matter globally. The parties require additional time to resolve related issues and either present the resolution to the Court at the next court date or request that the Court proceed with the next round of pretrial motions. As such, the parties request and jointly stipulate that the March 12, 2026 status conference be continued to April 16, 2026, at 1:30 p.m.

The parties agree that it is appropriate to exclude time under the Speedy Trial Act for effective preparation of counsel. The parties also request and stipulate that time should be excluded from March 12, 2026, through April 16, 2026, under the Speedy Trial Act, for effective preparation of counsel and for the continuity of counsel (18 U.S.C. §§ 3161(h)(7)(B)(ii) and (iv)).  The parties also agree that the ends of justice served by granting an exclusion of time to April 16, 2026 outweigh the best interests of the public and the defendants in a speedy trial.  See 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: March 10, 2026

_____
THE HONORABLE WILLIAM H. ORRICK
U.S. SENIOR DISTRICT COURT JUDGE

Agreed to form:

CRAIG MISSAKIAN
U.S. ATTORNEY FOR THE NORTHERN
DISTRICT OF CALIFORNIA


_____/S/_____
LLOYD FARNHAM
Assistant United States Attorney


_____/S/_____
DANIEL BLANK
Assistant Federal Public Defender
Counsel for SANTOS MOISES SOTO, III


_____/S/_____
EDWIN PRATHER
PRATHER LAW OFFICES
Counsel for SANTOS RENE SOTO